ED BUTLER v. STATE.

185 So. 620.
Opinion Filed January 4, 1939.

*H. V. McClellan,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Tyrus A'. Norwood,* Assistant Attorney General, for the State.

PER CURIAM.—The writ of error brings for review judgment of conviction of the larceny of a steer.

The only question presented is a challenge to the sufficiency of the evidence to support the conviction.

The record has been examined and we find there reflected ample evidence to support the verdict and find no reversible error shown therein.

So the judgment is affirmed.

So ordered.

Affirmed.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.